COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Phone: (415) 693-2000
Fax: (415) 693-2222

ANNE H. PECK (SBN 124790)
(peckah@cooley.com)
JEFFREY T. NORBERG (SBN 215087)
(jnorberg@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Plaintiff,
FACEBOOK, INC.

**FILED**

OCT 15 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV10- 4673 JSW

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>THOMAS PEDERSEN, an individual, d/b/a Faceporn.com,<br><br>   Defendant. | Case No. CV10- 4673 JSW<br><br>**PLAINTIFF FACEBOOK, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16)**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 15, 2010

COOLEY LLP
MICHAEL G. RHODES
ANNE H. PECK
JEFFREY T. NORBERG

_____
Jeffrey T. Norberg

Attorneys for Plaintiff,
FACEBOOK, INC.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

FACEBOOK V. FACEPORN
CASE NO.

PLAINTIFF, FACEBOOK, INC.'S
CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS