1   COOLEY LLP
    MICHAEL G. RHODES (SBN 116127)
2   (rhodesmg@cooley.com)
    101 California Street, 5th Floor
3   San Francisco, CA 94111-5800
    Phone: (415) 693-2000
4   Fax: (415) 693-2222

5   ANNE H. PECK (SBN 124790)
    (peckah@cooley.com)
6   JEFFREY T. NORBERG (SBN 215087)
    (jnorberg@cooley.com)
7   3175 Hanover Street
    Palo Alto, CA 94304-1130
8   Telephone:    (650) 843-5000
    Facsimile:    (650) 849-7400

9

10  Attorneys for Plaintiff
    FACEBOOK, INC.

11

12              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
13                 SAN FRANCISCO DIVISION

14

    FACEBOOK, INC.,                    Case No. CV10–4673 (JSW)
15
                    Plaintiff,         **DECLARATION OF JEFFREY T.**
16                                     **NORBERG IN SUPPORT OF**
                                       **FACEBOOK, INC.'S**
17          v.                         **ADMINISTRATIVE MOTION TO**
                                       **CONTINUE DATE OF INITIAL CASE**
18  THOMAS PEDERSEN, an individual, d/b/a   **MANAGEMENT CONFERENCE**
    Faceporn.com and RETRO INVENT AS, a
19  Norwegian private limited company d/b/a
    Faceporn.com,
                                       Case Management Conference:
20                  Defendants.        Date:   January 21, 2011
                                       Time:   1:30 p.m.
21                                     Court:  11, 19th Floor

22

23      I, JEFFREY T. NORBERG, DECLARE AS FOLLOWS:

24      **1.**      I am an attorney with Cooley LLP, of counsel in this action for Plaintiff Facebook,

25  Inc. ("Facebook"). I make this declaration in support of Facebook's Administrative Motion to

26  Continue Date of Initial Case Management Conference. I have personal knowledge of the facts

27  contained within this declaration, and if called as a witness, could testify competently to the

28  matters contained herein.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FACEBOOK V. FACEPORN
CASE NO. CV10-4673 (JWS)                    1.                    DECLARATION OF JEFFREY T. NORBERG I/S/O
                                                                 ADMINISTRATIVE MOTION TO CONTINUE DATE
                                                                 OF INITIAL CMC

2.      After filing the initial complaint in this action, I contacted the last known counsel for defendant (J.D. Obenberger in Chicago, IL) to notify him of the litigation.  Between October 17 and December 9, 2010, I participated in several conference calls with the Mr. Obenberger to discuss service and possible settlement of the case.  During these calls, I requested that the defendant's counsel agree to waive formal service in Norway and accept service via regular mail in Chicago.  The defendant's counsel declined Facebook's requests to accept service, and thus I engaged a service, on behalf of Facebook, to translate the complaint into Norwegian and effectuate service in Norway under the provisions of the Hague Convention.

3.      During this period, I learned of new information concerning Faceporn.com, namely, that the domain name had been transferred to Retro Invent AS ("Retro Invent"), which also resides in Norway.  On information and belief, Mr. Pedersen is a principal of Retro Invent.

4.      Immediately upon filing an amended complaint that added Retro Invent as a party, I engaged a service, on behalf of Facebook, to translate and serve the amended complaint in Norway.  I understand that it may take between four and eight weeks to complete translation and service.

5.      I have provided the defendants' counsel with a copy of all documents filed in the case to date.  However, because the initiating documents have not been formally served and the defendants have not yet appeared, Facebook has been unable to confer with the defendants, or their counsel, pursuant to Fed. R. Civ. P. 26(f), Civil L.R. 16-8 and ADR L.R. 3-5.  For the same reasons, I have been unable to obtain the defendants' cooperation in preparing a Joint Case Management Statement pursuant to Civil L.R. 16-9.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 11, 2011 in Palo Alto, California.


/s/ Jeffrey T. Norberg
_____
Jeffrey T. Norberg

Cooley LLP
Attorneys At Law
Palo Alto

Facebook v. Faceporn
Case No.  cv10-4673 (jws)                          2.                          Declaration of Jeffrey T. Norberg i/s/o
Administrative Motion to Continue Date
of Initial CMC