COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Phone: (415) 693-2000
Fax: (415) 693-2222

ANNE H. PECK (SBN 124790)
(peckah@cooley.com)
JEFFREY T. NORBERG (SBN 215087)
(jnorberg@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Plaintiff
FACEBOOK, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FACEBOOK, INC.,

Plaintiff,

v.

THOMAS PEDERSEN, an individual, d/b/a Faceporn.com and RETRO INVENT AS, a Norwegian private limited company d/b/a Faceporn.com,

Defendants.

Case No. CV10–4673 (JSW)

**[~~PROPOSED~~] ORDER ON FACEBOOK, INC.' S ADMINISTRATIVE MOTION TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE**

///

///

///

///

///

///

Facebook, Inc. filed an Administrative Motion to Continue Date of Initial Case Management Conference on January 11, 2011 in the above-captioned matter. After considering the moving papers, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that:

1. Facebook, Inc.'s Administrative Motion to Continue Date of Initial Case Management Conference is GRANTED; and

2. The Initial Case Management Conference previously set for January 21, 2011 at 1:30 p.m. is hereby continued to Friday, April 22, 2011 at 1:30 p.m.

Dated: January _12_, 2011

Jeffrey S White

The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE