1   COOLEY LLP
    MICHAEL G. RHODES (SBN 116127)
2   (rhodesmg@cooley.com)
    101 California Street,  5th Floor
3   San Francisco, CA  94111-5800
    Phone: (415) 693-2000
4   Fax: (415) 693-2222

5   ANNE H. PECK (SBN 124790)
    (peckah@cooley.com)
6   JEFFREY T. NORBERG (SBN 215087)
    (jnorberg@cooley.com)
7   3175 Hanover Street
    Palo Alto, CA  94304-1130
8   Telephone:    (650) 843-5000
    Facsimile:    (650) 849-7400
9

10  Attorneys for Plaintiff
    FACEBOOK, INC.
11

12                  **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
13                   **SAN FRANCISCO DIVISION**

14

15  FACEBOOK, INC.,                          Case No.  CV10–4673 (JSW)

16              Plaintiff,                    [~~PROPOSED~~] ORDER ON FACEBOOK, INC.'S
                                             SECOND ADMINISTRATIVE MOTION TO
17        v.                                 CONTINUE DATE OF INITIAL CASE
                                             MANAGEMENT CONFERENCE
18  THOMAS PEDERSEN, an individual, d/b/a
    Faceporn.com and RETRO INVENT AS, a
19  Norwegian private limited company d/b/a
    Faceporn.com,
20
                Defendants.
21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**FACEBOOK V. FACEPORN**
**CASE NO.  CV10-4673 (JWS)**                1.          [PROPOSED] ORDER ON SECOND
                                                         ADMINISTRATIVE MOTION TO CONTINUE DATE
                                                                  OF INITIAL CMC

1    Facebook, Inc. filed a Second Administrative Motion to Continue Date of Initial Case

2  Management Conference on April 14, 2011 in the above-captioned matter.  After considering the

3  moving papers, arguments of counsel, and all other matters presented to the Court, IT IS

4  HEREBY ORDERED that:

5    1.    Facebook, Inc.'s Second Administrative Motion to Continue Date of Initial Case

6  Management Conference is GRANTED; and

7    2.    The Initial Case Management Conference previously set for April 22, 2011 at 1:30

8  p.m. is hereby continued to Friday, June 24, 2011 at 1:30 p.m.

9    3.    Plaintiff shall serve a copy of this order on all parties.
   IT IS SO ORDERED AS MODIFIED.

10  Dated: April _18_, 2011

11  _____
    The Honorable Jeffrey S. White

12  UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

FACEBOOK V. FACEPORN
CASE NO. CV10-4673 (JWS)

2.

[PROPOSED] ORDER ON SECOND
ADMINISTRATIVE MOTION TO CONTINUE DATE
OF INITIAL CMC