1  COOLEY LLP
   MICHAEL G. RHODES (SBN 116127)
2  (rhodesmg@cooley.com)
   101 California Street, 5th Floor
3  San Francisco, CA 94111-5800
   Phone: (415) 693-2000
4  Fax: (415) 693-2222

5  ANNE H. PECK (SBN 124790)
   (peckah@cooley.com)
6  JEFFREY T. NORBERG (SBN 215087)
   (jnorberg@cooley.com)
7  3175 Hanover Street
   Palo Alto, CA 94304-1130
8  Telephone:   (650) 843-5000
   Facsimile:    (650) 849-7400
9

10 Attorneys for Plaintiff
   FACEBOOK, INC.
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15

16 FACEBOOK, INC.,                         Case No. CV10–4673 (JSW)

17              Plaintiff,
                                           PROOF OF SERVICE OF SUMMONS AND
18      v.                                 FIRST AMENDED COMPLAINT ON THOMAS
                                           PEDERSEN
19 THOMAS PEDERSEN, an individual, d/b/a
   Faceporn.com and RETRO INVENT AS, a
20 Norwegian private limited company d/b/a
   Faceporn.com,
21
                Defendants.
22

23
24
25
26
27
28

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

FACEBOOK, INC., )
              *Plaintiff* )
              v. )  Civil Action No. CV10-4673 (JSW)
THOMAS PEDERSEN, an individual, d/b/a )
Faceporn.com and RETRO INVENT AS, a )
Norwegian private limited company d/b/a )
Faceporn.com
              *Defendant*

## SUMMONS IN A CIVIL ACTION
## ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)*
    THOMAS PEDERSEN
    Plomme
    Kaalfarveien 58
    Bergen, Hordaland 5018
    Norway

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    **ANNE H. PECK (SBN 124790**
    **JEFFREY T. NORBERG (SBN 215087)**
    Cooley LLP
    3175 Hanover Street
    Palo Alto, CA 94304-1130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JAN 1 1 2011
                                            *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)         62011-015132

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Managing Director of the Board Jørgen Wik Bogetveit
was received by me on *(date)* 4th April 2011 and Thomas Pedersen
on 29th April 2011 at Sjettepersiv 36-B

☒ I personally served the summons on the individual at *(place)* Haukollen 4
NO-5136 Mjølkeråen, Norway on *(date)* 4th April or 2011

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4th April 2011
and 29th April 2011

*Server's signature*

STEVNEVITNET FRANK AASE
*Printed name and title*

Namsfogden i Bergen
Postbox 778 Sentrum
NO-5807 Bergen, Norway
*Server's address*

Additional information regarding attempted service, etc:



CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)* _APRIL 29th 2011_
- at (place, street, number)
- *à (localité, rue numéro)* _SLETTESTØLSVEGEN 36 B, 5136 MJOLKERÅEN_

- in one of the following methods authorised by article 5-
-*dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method*:
   *b) selon la forme particulière suivante :* _PERSONALLY_

☐ (c) by delivery to the addressee, who accepted it voluntarily. *
   *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(Identity and description of person)
-*(identité et qualité de la personne)* _THOMAS PEDERSEN_

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _BOARD MEMBER_

2) that the document has not been served, by reason of the following facts*: _RETRO INVENT AS_
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*:

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*
Documents returned: _MAY 12th 2011_
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at _BERGEN_, the _12th of MAY 2011_
*Fait à             , le*

Signature and / or stamp.
*Signature et / ou cachet.*

Angelica Aime

*Delete if inappropriate.
*Rayer les mentions inutiles.*