COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Phone: (415) 693-2000
Fax: (415) 693-2222

ANNE H. PECK (SBN 124790)
(peckah@cooley.com)
JEFFREY T. NORBERG (SBN 215087)
(jnorberg@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:  (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMAS PEDERSEN, an individual, d/b/a Faceporn.com and RETRO INVENT AS, a Norwegian private limited company d/b/a Faceporn.com,<br><br>        Defendants. | Case No. CV10–4673 (JSW)<br><br>**DECLARATION OF JEFFREY T. NORBERG IN SUPPORT OF FACEBOOK'S REQUEST TO CLERK FOR ENTRY OF DEFAULT AGAINST DEFENDANT THOMAS PEDERSEN** |

I, Jeffrey T. Norberg, hereby declare as follows:

**1.** I am an attorney with Cooley LLP, counsel of record in this action for Plaintiff Facebook, Inc. ("Facebook"). I make this declaration in support of Facebook's Request to Clerk for Entry of Default Against Defendant Thomas Pedersen. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

FACEBOOK V. FACEPORN
CASE NO. CV10-4673 (JWS)

1.

DECLARATION OF JEFFREY T. NORBERG ISO REQUEST FOR ENTRY OF DEFAULT AGAINST THOMAS PEDERSEN

**2.** On behalf of Facebook, I engaged a third party vendor, Legal Language Services, to effectuate service of Facebook's First Amended Complaint and summons on Defendant Thomas Pedersen in Norway under the provisions of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.

**3.** Attached hereto as Exhibit A is a true and correct copy of a notarized letter from The District Court of Bergen confirming that Thomas Pedersen was legally served on April 29, 2011.

**4.** Thomas Pedersen's deadline to file an answer or otherwise respond to the First Amended Complaint was May 20, 2011. On May 24, 2011 I telephoned and spoke with J.D. Obenberger, who is the last known counsel for Thomas Pedersen and co-defendant Retro Invent AS. During the call I told Mr. Obenberger that Facebook would be requesting an entry of default against Thomas Pedersen. To date, Thomas Pedersen has failed to answer or otherwise respond to Facebook's First Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 26, 2011 in Palo Alto, California.

*/s/ Jeffrey T. Norberg*
Jeffrey T. Norberg

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

FACEBOOK V. FACEPORN
CASE NO. CV10-4673 (JWS)

2.

DECLARATION OF JEFFREY T. NORBERG ISO
REQUEST FOR ENTRY OF DEFAULT AGAINST
THOMAS PEDERSEN