# EXHIBIT A

# THE DISTRICT COURT OF BERGEN

Legal Language Services
8014 State Line Road
Suite 110, Leawood
KS 66208-3712
USA

| | |
|---|---|
| Our reference | Date |
| 10-204409ADM-BBYR/01 | 11.05.2011 |

## Documents served

Enclosed you will find receipt for documents served by The Execution and Enforcement Commissioner of Bergen ("Namsfogden").

The document was first served to the Managing Director of the Board at Retro Invent AS, Mr. Jørgen Wik Bogetveit, on the 4th of April 2011. It was then also served to Mr. Thomas Pedersen, Board Member, at his residence in Slettestølsvegen 36B in Mjolkeraen outside of Bergen on Friday the 29th of April 2011. It is thusly legally served both for the company Retro Invent AS and Mr. Thomas Pedersen personally.

Sincerely yours,

Angelica Alme
Notary Public

Postadresse
Postboks 7412, 5020 Bergen

Kontoradresse
Tårnplass 2, Bergen

Sentralbord
5569 9700

Telefaks
5569 9701

Saksbehandler
Angelica Alme

Telefon
5569 9717

Bankgiro

Ekspedisjonstid
0800-1530

Organisasjonsnummer
974737418

Internett/E-post
www.domstol.no
bergen.tingrett@domstol.no

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)*          APRIL 4th 2011

- at (place, street, number)
- *à (localité, rue numéro)*     MARIKOLLEN 4, 5136 MJØLKERÅEN

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method*:
*b) selon la forme particulière suivante :*     PERSONALLY

☐ (c) by delivery to the addressee, who accepted it voluntarily. *
*c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(identité et qualité de la personne)*     JØRGEN WIK BOGETVEIT

- relationship to the addressee (family, business, or other):
- *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*     MANAGING DIRECTOR OF THE BOARD RETRO INVENT AS

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*
Documents returned:  MAY 12th 2011
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'execution:*

Done at  BERGEN , the 12th of MAY 2011
*Fait à                           , le*

Signature and / or stamp.
*Signature et / ou cachet.*

Angelica Alme

*Delete if inappropriate.
Rayer les mentions inutiles.*

2

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)* __APRIL 29th 2011__
- at (place, street, number)
- *à (localité, rue numéro)* __SLETTESTØLSVEGEN 36 B, 5136 MJØLKERÅEN__

- in one of the following methods authorised by article 5-
-*dans une des formes suivantes prévues à l'article 5:*

   ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

   ☐ (b) in accordance with the following particular method*:
   *b) selon la forme particulière suivante :* __PERSONALLY__

   ☐ (c) by delivery to the addressee, who accepted it voluntarily. *
   *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(identité et qualité de la personne)* __THOMAS PEDERSEN__

- relationship to the addressee (family, business, or other):
- *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* __BOARD MEMBER RETRO INVENT AS__

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
Documents returned: __MAY 12th 2011__
*Pièces renvoyées:*

Done at __BERGEN__, the __12th of MAY 2011__
*Fait à*, *le*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and / or stamp.
*Signature et / ou cachet.*

Angelica Alme

*Delete if inappropriate.
*Rayer les mentions inutiles.*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

62011-015132

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Managing Director of the Board Jørgen Wik Bogetveit

was received by me on *(date)* 4th April 2011 and Thomas Pedersen on 29th April 2011 at Sjettestøsv. 36.B

☒ I personally served the summons on the individual at *(place)* Maukollen 4, NO-5136 Mjølkeråen, Norway on *(date)* 4th April 2011

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4th April 2011 and 29th April 2011

Server's signature

STEVNEVITNET FRANK AASE
Printed name and title

Namsfogden i Bergen
Postboks 775 Sentrum
NO-5807 Bergen, Norway
Server's address

Additional information regarding attempted service, etc:

