1  COOLEY LLP
   MICHAEL G. RHODES (SBN 116127)
2  (rhodesmg@cooley.com)
   101 California Street, 5th Floor
3  San Francisco, CA 94111-5800
   Phone: (415) 693-2000
4  Fax: (415) 693-2222

5  ANNE H. PECK (SBN 124790)
   (peckah@cooley.com)
6  JEFFREY T. NORBERG (SBN 215087)
   (jnorberg@cooley.com)
7  3175 Hanover Street
   Palo Alto, CA 94304-1130
8  Telephone:   (650) 843-5000
   Facsimile:   (650) 849-7400
9

10 Attorneys for Plaintiff
   FACEBOOK, INC.
11

12              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
13                  SAN FRANCISCO DIVISION

14

15 FACEBOOK, INC.,                        | Case No. CV10–4673-JSW (DMR)

16              Plaintiff,                | [PROPOSED] ORDER ON FACEBOOK, INC.'S
                                          | ADMINISTRATIVE MOTION TO CONTINUE
17     v.                                 | DATE OF STATUS CONFERENCE

18 THOMAS PEDERSEN, an individual, d/b/a  | AS MODIFIED AND INSTRUCTIONS TO
   Faceporn.com and RETRO INVENT AS, a    | CLERK IF MOTION FOR DEFAULT
19 Norwegian private limited company d/b/a| JUDGMENT FILED
   Faceporn.com,

20              Defendants.

21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

COOLEY LLP
ATTORNEYS AT LAW    FACEBOOK V. FACEPORN            1.        [PROPOSED] ORDER ON ADMINISTRATIVE
SAN FRANCISCO       CASE NO. CV10-4673-JWS (DMR)              MOTION TO CONTINUE DATE OF STATUS
                                                                                      CONFERENCE

1      Facebook, Inc. filed an Administrative Motion to Continue Date of Status Conference on September 26, 2011 in the above-captioned matter. After considering the moving papers, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that:

     1. Facebook, Inc.'s Administrative Motion to Continue Date of Status Conference is GRANTED; and

     2. The Status Conference previously set for September 30, 2011 at 1:30 p.m. is hereby continued to Friday, October 21, 2011 at 1:30 p.m. That date shall be VACATED, without further order of the Court, if a motion for default judgment is filed before that date.

Dated: September 27, 2011

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

FACEBOOK V. FACEPORN
CASE NO. CV10-4673-JWS (DMR)

2.

[PROPOSED] ORDER ON ADMINISTRATIVE
MOTION TO CONTINUE DATE OF STATUS
CONFERENCE