UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., | No. C-10-04673-JSW (DMR) |
| Plaintiff, | **ORDER REQUESTING SUPPLEMENTAL BRIEFING** |
| v. | |
| THOMAS PEDERSEN, *et al.*, | |
| Defendants. | |

The court hereby ORDERS Plaintiff to submit a detailed accounting of the litigation costs and attorneys' fees that it has incurred in this action by no later than October 13, 2011.

Immediately upon receipt of this Order, Plaintiff shall serve a copy of this Order on Defendants and shall e-file a proof of service on the same day that service is effected. At the same time Plaintiff's additional supplemental information as ordered herein is submitted to the Court, Plaintiff shall serve Defendants with a copy of the additional supplemental information and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: October 7, 2011

DONNA M. RYU
United States Magistrate Judge