COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Phone: (415) 693-2000
Fax: (415) 693-2222

ANNE H. PECK (SBN 124790)
(peckah@cooley.com)
JEFFREY T. NORBERG (SBN 215087)
(jnorberg@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Plaintiff
FACEBOOK, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>THOMAS PEDERSEN, an individual d/b/a Faceporn.com, and RETRO INVENT AS, a Norwegian private limited company d/b/a Faceporn.com,<br><br>   Defendants. | Case No. **CV10-4673–JSW (NMC)**<br><br>**DECLARATION OF JEFFREY T. NORBERG IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE re PERSONAL JURISDICTION** |

I, Jeffrey T. Norberg, declare:

**1.** I am an attorney with Cooley LLP, counsel of record in this action for Plaintiff Facebook, Inc. ("Facebook"). I make this declaration in support of Facebook's Response to Order to Show Cause re Personal Jurisdiction. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

DECLARATION OF JEFFREY T. NORBERG ISO
PLAINTIFF'S RESPONSE TO OSC
CV10-4673-JSW

2. Attached hereto as Exhibit A is a true and correct copy of a screenprint of the Faceporn website I created today. To avoid filing pornography with the Court's electronic case filing system, I have placed a black bar over any pornographic images on this page. I have also placed a red box around relevant text.

3. Attached hereto as Exhibit B is a true and correct copy of a letter dated July 7, 2009, from J.D. Obenberger, at that time counsel to the operators of www.faceporn.com, received by Gavin L. Charlston, of this office.

4. Attached hereto as Exhibit C is a true and correct copy of Exhibit C to the Amended Complaint in this Action (D.I. 7).

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2011 in Palo Alto, California.

*/s/ Jeffrey T. Norberg*
Jeffrey T. Norberg

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

DECLARATION OF JEFFREY T. NORBERG ISO
PLAINTIFF'S RESPONSE TO OSC
CV10-4673-JSW