# EXHIBIT A

Case3:10-cv-04673-JSW Document48-1 Filed12/12/11 Page2 of 2

