# EXHIBIT C (PART 1)

