IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., | No. C 10-04673 JSW |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| THOMAS PEDERSEN, et al., | |
| Defendants. / | |

The Court has reviewed Magistrate Judge Nathanael M. Cousins' Report and Recommendation ("Report") regarding Plaintiff's motion for default judgment. The Court has received no objections. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Court DENIES Plaintiff's motion for default judgment and dismisses this action for lack of personal jurisdiction.

**IT IS SO ORDERED.**

Dated: May 21, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE