IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC.,     No. C 10-04673 JSW

    Plaintiff,     **JUDGMENT**

v.

THOMAS PEDERSEN, et al.,

    Defendants.
_____/

Pursuant to the Court's Order issued this date, adopting Cousins' Report and Recommendation, this action is HEREBY DISMISSED based on lack of personal jurisdiction. The Clerk may close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 21, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE